[Nos. 14058–6–II; 14059–4–II. Division Two. April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS ALLEN ALSTEEN, *Appellant.*

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 90–1–00116–1, 90–1–00159–5, Alan R. Hallowell, J., entered July 2, 1990. *Affirmed as modified* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Alexander, J.

[Nos. 10749–3–III; 10750–7–III. Division Three. April 9, 1991.]

*In the Matter of* JACKIE H.

*In the Matter of* JEFFREY H.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 89–5–00174–0, 89–5–00175–8, Yancey Reser, J., entered March 19, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, A.C.J., and Hanson, J. Pro Tem.

[No. 10938–1–III. Division Three. April 9, 1991.]

SCHUMACHER PAINTING COMPANY, *Appellant,* v. FIRST UNION MANAGEMENT, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 89–2–01437–7, Heather Van Nuys, J., entered June 15, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.